EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, v. HARRY C. STEIN, Appellant. HARRY C. STEIN, Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— As the action in the Municipal Court was the first action started and is on contract, the consolidated action should be placed on the General Jury Calendar and the plaintiff in the Municipal Court action should be given the right to open and close. Order unanimously modified accordingly and, as so modified, affirmed, without costs. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

FRED ROCENGER, Respondent, v. HENRY M. DIETZ et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

TOZAI KOEKI KAISHA, LTD., Respondent, v. TRANS-AMERICA INDUSTRIES, INC., et al., Defendants, and UNEX CREDIT CORPORATION, Appellant.— Order unanimously modified so as to strike out items 1 and 2 as being within the peculiar knowledge of the plaintiff, and by limiting the examination of the appellant to its alleged participation in the transactions, false reports and documents involved. As so modified the order is affirmed. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ. [See 283 App. Div. 656.]

ANN M. MORRIS, Respondent, v. PHILIP MORRIS, JR., Appellant.— On condition that defendant continues to pay the current carrying charges (the equivalent of rent) on the co-operative apartment occupied by plaintiff, the weekly alimony allowed to plaintiff is reduced to $100 a week, and upon the further condition that plaintiff notice the case for trial at the next available Trial Term. Order unanimously modified accordingly and, as so modified, affirmed. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.